RENO PLUMBING & HEATING CO. ET AL. *v.* BICKEL ET AL. (TALLMAN ET AL., INTERVENERS)

RED RIVER LUMBER CO. *v.* CAPURRO ET AL.

No. 3028 (See 55 Nev. 367)

December 6, 1934.

*Per Curiam:*

Rehearing denied.

HOUGH ET UX *v.* RESERVE GOLD MINING COMPANY

No. 3040

December 6, 1934.

*Per Curiam:*

Rehearing denied.